FILED
DEC 28 2017
[signature] CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTHERN DAKOTA

Southern DIVISION

Gregory Paul ALLIS
1713 S. Melanie Ln. #2
Sioux Falls, SD. 57103
(Enter the full name of the Plaintiff[s] in this action)

vs.

Sanford USD Medical Center
1305 W 18TH
Sioux Falls, S.D. 57104
(Enter the full name of **ALL** Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.)

Case No. 17-4177
(To be assigned by Clerk of District Court)

COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

I had a heart attack on Dec 1, 2016. Called The VA and Told Them I was coming in To Their Hosp. Pain got So Bad I Had To Call The ambulanee and with advise of VA Urgent Care I was Transported To Sanford USD Med Center. Was Discharged Dec 2, 2016. I Have VA and Medicare Coverage But Because Sanford USD Med Center Willfully Violated "38 USC 1725" and did not Submit Billing within 90 days all claimes were denied By The VA and Bills were coded in Error By Sanford USD Med Center That were Submitted To Medicare



DSD 12-12

II. Plaintiff, Gregory Allis resides at

1713 S. Melanie Ln #12
(street address)

Sioux Falls, Minnehaha,
(city) (county)

SD, 57104, 605-271-4794
(state) (zip) (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, Sanford USD Med Center resides at, or its business is located at

1305 W. 18th ST
(street address)

Sioux Falls, Minnehaha,
(city) (county)

S.D., 57104 605-333-1000
(state) (zip) (telephone number)

(If more than one defendant, provide the same information for each defendant below)

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Had a heart attack on Dec 6, 2016. Medics did call VA per my Request and were told To Transport me to nearest heart Hosp. Received 2 STents in Right Wrist and was kept over nite.

The Trouble started when I started getting Bills from Sanford USD Med Center and Paramedics, Plus, Then I started getting Letters of denials from The VA stating That Sanford USD Med center did not submit Claims wThen 90 days (38 USC 1725).

The STress, ~~Emo~~ ~~...~~ worry and Sleep-Less nites worried about Judgements and garnishments on ~~m~~ my only income, SSID, Caused more Problems. This is a Violation of my 4TH Admendment Rights as This is Cruel and Unusual punishment Created By The Plantiff's Behavior.

V. Relief (State briefly and exactly what you want the Court to do for you.)

Order Sanford Medical Center To get Their act Together, Quit Harrassing me and Let me get Better.

VI. **MONEY DAMAGES:**

**A)** Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

**YES** [X] **NO** [ ]

**B)** If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

10,000,000 Punitive, 5,000,000 Pain + Suffering.

This was done on porpase Because I did not want To Stay There Long Term and Let my Pets Starve To death

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

**YES** [X] **NO** [ ]

VIII. Are you requesting a Jury Trial?

**YES** [X] **NO** [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of Dec, 2017

[signature]

Signature of Plaintiff[s]