UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| GREGORY ALLIS,<br>Plaintiff,<br>vs.<br>SANFORD USD MEDICAL CENTER,<br>Defendant. | 4:17-CV-04177-LLP<br><br>JUDGMENT |

Pursuant to the Order Dismissing Case, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendant and against plaintiff, Gregory Allis, dismissing the case without prejudice.

Dated this 10th day of April, 2018.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, Clerk

By Deb Peterson
Deputy